IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAN RADER                                                                                                      PLAINTIFF

v.                                         CASE NO. 5:21-CV-5026

JOHN DOES 1–10; COVENANT TRANSPORT
SOLUTIONS, INC.; COVENANT TRANSPORT
SOLUTIONS, LLC; and COVENANT TRANSPORT, INC.          DEFENDANTS

ORDER REMANDING CASE

Now before the Court is Plaintiff Dan Rader's Motion to Remand (Doc. 11). Mr. Rader argues in his Motion that the Court lacks federal subject matter jurisdiction over this case because the amount in controversy does not exceed $75,000.00, which is a requirement under the diversity statute at 28 U.S.C. § 1332(a). The parties today filed a Joint Stipulation Regarding Diversity Jurisdiction (Doc. 13) in which they state their agreement that the amount in controversy does not, in fact, exceed the requisite jurisdictional amount and that the case should be remanded.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Remand (Doc. 11) is **GRANTED**, and the Clerk of Court is **DIRECTED** to immediately remand this matter to the Circuit Court of Washington County, Arkansas, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED** on this 16th day of March, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE